James Connolly, Respondent, *v*. Devine M. Munger, Appellant.

(Argued April 27, 1892; decided May 31, 1892.)

Appeal from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made March 25, 1890, which denied a motion for a new trial and ordered judgment in favor of plaintiff upon a verdict directed by the court.

*S. D. Bently* for appellan .

*Frank Brundage* for respondent.

All concur, except Bradley and Haight, JJ., not sitting. Judgment affirmed.

---

Carlos C. Buck, Appellant, *v*. The Manhattan Railway Company, Respondent.

(Argued April 27, 1892; decided May 31, 1892.)

Appeal from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made June 2, 1890, which affirmed a judgment in favor of defendant, entered upon a verdict.

*John W. Weed* for appellant.

*Joseph H. Adams* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.